

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF A DOCUMENT SUBPOENA SERVED IN:

*Varsity Spirit LLC, et al. v. Varsity Tutors, LLC* pending in the U.S. District Court for the Northern District of Texas,

Case No. 21-cv-00432-D (SAF)

---

VARSITY SPIRIT LLC, VARSITY BRANDS, LLC, VARSITY SPIRIT FASHIONS & SUPPLIES, LLC, AND COWAN, LIEBOWITZ & LATMAN, P.C.

    *Petitioners*,

v.

VARSITY TUTORS LLC,

    *Respondent*.

Misc. No.: 22-mc-00106-VEC

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/13/22
```

**NOTICE OF WITHDRAWAL OF MOTION TO QUASH SUBPOENA WITHOUT PREJUDICE**

Varsity Spirit LLC, Varsity Brands, LLC, and Varsity Spirit Fashions & Supplies, LLC (collectively, "Varsity Spirit") and its former legal counsel Cowan, Liebowitz & Latman, P.C. ("Cowan"), by and through their undersigned counsel, respectfully notify the Court that Varsity Tutors, LLC withdrew without prejudice its document subpoena directed to Cowan that is the subject of the pending Motion to Quash Varsity Tutors, LLC's Document Subpoena Directed to Cowan. As a result, Varsity Spirit and Cowan withdraw their Motion to Quash Varsity Tutors, LLC's Document Subpoena Directed to Cowan without prejudice.

1

Dated: May 13, 2022

Respectfully submitted,

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP

*Attorneys for Varsity Spirit, LLC, Varsity Brands, LLC, Varsity Spirit Fashions & Supplies, LLC, and Cowan Liebowitz & Latman PC*

By: /s/ Mary Kate Brennan

Mary Kate Brennan, Esq.
Danny Awdeh, Esq. (*pro hac vice* to be filed)
901 New York Avenue NW
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400
marykate.brennan@finnegan.com
danny.awdeh@finnegan.com

---

Because Respondent has withdrawn its subpoena and Petitioners have withdrawn their motion to quash, the Clerk of Court is respectfully directed to close the open motion at Docket 7 and close the case.
SO ORDERED.

*[signature]* 5/13/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

2